WOODSIDE BREWING COMPANY, Appellant, *v.* PACIFIC FIRE INSURANCE COMPANY, Respondent.

*Woodside Brewing Co.* v. *Pacific Fire Ins. Co.,* 11 App. Div. 68, affirmed.
(Argued May 4, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 26, 1896, affirming a judgment in favor of defendant entered upon a verdict directed by the court.

*Raphael J. Moses* and *W. Sackmann* for appellant.

*John Notman* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.

---

SIGMONT SIMON, Appellant, *v.* JENNIE SIMON, Respondent.

*Simon* v. *Simon,* 6 App. Div. 469, affirmed.
(Argued May 4, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 20, 1896, upon an order affirming a judgment of the late Superior Court of the city of New York in favor of defendant entered upon a decision of the court on trial at Special Term.

*A. H. Hummel* for appellant.

*Samuel Greenbaum* for respondent.

Judgment and order affirmed, with costs, on opinion below.
All concur.